# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-1136-DSF (JWJ) | Date | November 21, 2008 |
|---|---|---|---|
| Title | Robert Lee Ross v. Anthony Hedgpeth | | |

Present: The Honorable **Jeffrey W. Johnson, United States Magistrate Judge**

| Celia Anglon-Reed | None Appearing | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Appearing     None Appearing

**Proceedings:**     **ORDER TO SHOW CAUSE**

The respondent is **ORDERED** to Show Cause, within **ten (10) days** of the date of this Order, as to why sanctions should not be imposed for respondent's failure file an initial response as ordered by the Court on September 8, 2008.

The Clerk of Court is **ORDERED** to provide respondent with a duplicate copy of the Court's Order of September 8, 2008

The filing of an initial response within ten (10) days of the date of this Order shall obviate the need for further response to this order to show cause.

cc:  Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | ca | |