# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROSS, | Case No. EDCV 08-1136-DSF (JWJ) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| ANTHONY HEDDGPETH, | |
| Respondent. | |

On January 28, 2009, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.  On February 3, 2009, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by February 17, 2009."  To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen (14) days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus or to file an

1  Opposition to respondent's Motion to Dismiss.  If petitioner does not file an
2  Opposition to the Motion to Dismiss or show reasonable cause for his failure
3  to do so within fourteen days of the date of this Order, the Court will deem
4  this matter under submission and will rule on respondent's Motion to
5  Dismiss.

6  DATED:  March 13, 2009

                                                /s/
                              JEFFREY W. JOHNSON
                            United States Magistrate Judge