UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROSS,<br><br>        Petitioner,<br><br>  vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>        Respondent. | Case No. EDCV 08-1136-DSF (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted on the ground that the Petition is successive and that Judgment be entered dismissing this action for lack of subject matter jurisdiction.

DATED: 1/19/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE