JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROSS, | Case No. EDCV 08-1136-DSF (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that respondent's Motion to Dismiss is granted on the ground that the Petition is successive and that Judgment is entered dismissing this action for lack of subject matter jurisdiction.

DATED: 1/19/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE